Joel Magnuson 098855
ASPC F- SMU 2
PO BOX 3400
Florence, AZ. 85232

550/55G

U.S.D.C.    CV08-125-PHX-ROS(JRI)
District of ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

FEB 1 1 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S. M

Senior Dist Judge
Robert C. Broomfield
(civil habeas)

Joel Magnusen
    Plaintiff
No. _____
V   Defendendants
Senator McCain,
Janet Napolitano
Dora Schriro
Jeffrey Phillips
Roslyn O. silver

original comp: by
state prisoner
(1983 usc 42)

The Petitioner Respectfully
Request Court ORDER FOR
CIA To Take me AND my
Daughter to Federal CIA Custody
(Central Intelligence Agency) is
Being Refused By D.O.C. conspiracy
to keep me hostage AND use
my Daughter against me for false
testimony Against C.I.A. agency
to say code Blue fell through
to charge Senator McCain with
TReason. I'm being promised

(1)

congical sexual visits with
my Daughter but if I dont
do what the Voices tell me
to Do. T.V. Personality DR.
Phil will not allow my Daughter
to have sex with me. if I say
I lied about working with
goverment agency CIA in (89)
(Ninteen eighty nine). The false
information is Being taped live TV
over Computer Audio/Visual
investigation And Gowner Nopalitano
said I was eating feces on Live
(T.V.) for money (computers). Contract.
for multiple Billions of Dallars
Being made without my Presence
or signature and D.O.L. CONSPIRACY
has stopame from coming out al
my cell to wittness Defend myself
on Nation T.V. And be present in
all discussion that are incriminating
me in criminal Prosecution and
Destroying me And my Daughters
name Because I started Attacking
Democrats Roslyn O'silver through

And repetitions thru Habeas on Civil Habeas petition CR 06-3045 saying she was practing WitchCraft because me And Bill Clinton had Disagreement in Nineteen ninteen eight over goverment assination of Homesexuals and prostitutes to frame Republicans. I have been targeted with illegal toxins and my life is in Jeopardy AND D.O.C. is trying to COERCE me into confessing to false statements, for billions of Dollars and sex with my Daughter on National T.V. I love my Daughter with all my (heart) red Little muscle in the Left side of my chest and Soul. I want to marry my Daughter I want custody and Power of Attorney over her And my Children Whitney LeANN +Rice Breslin 10-5-91 (DoB). I am being Publicly executed for Renigging on Goverment Deal with C.I.A. In (98.) Democrats are trying to Kill me on National T.V. I never Ate feces or made my Daughter eat feces when she was a child. DR Phil says otherwise.

(3)

Contracts being made saying I
will be institutionalized for four
year. which maybe the Rost of Life
my. The Difference be tween life and
Death is as Little as three
months need C.I.A. escort to my
Cell Room Door to government agency
within federal government to seek
protection for me And my Daughter
Contracts being signed by Attorney
Jeffery Phillips of (Phillips AND Associate,
(602 258-8888) who I only Retained
for 1 million Dollarsby Letter two
weeks ago. I told MR. Phillips I needed
court order to Get to U.S.D.C. or to
Guantonamo Bay CubA to De Classific-
ation And Breif. I used to Do buiseness
with C.I.A. in past Now Being held
hostage by Scherino AND Napolitano
And I fired Attorney Jeffery Phillips
who I told to get Court ORDer
to have C.I.A. march to my cell
Front and wittness me cuff up And
leave Need C.I.A. helicopter camanches

(9)

AND BLACK hawKS helicopters to escort me out of state with my Daughter for questioning D.L.C Computers being falsified And Im being coerced not to talk to T.V. CREWS Just Democratic networks. All attorney refuse to come to my cell And witness me READ the contracts And will not let me see my Daughter whitney Breslin unless. I agree to say Senator McCain gave me information illigally to set up or frame Republicans. my Daughter is Being Abused by State Goverment on National T.V. by Gov. Napolitano Senator Kyle And senator McCain AND Director Dora schriro. for last several weeks. DOC of Az saying I refuse to Do what DR Phil request through Demonolgy on National. T.V. I told my Attorney to get (non state) Goverment agency Secret service or CI.A. to come Directly to my cell front and witness me apply fake A.D.C. Hollywood computerized movie Deal ⑤ to Destroy me And

my Daughter and get me us
murdered for Political Conspiracy
A.D.C. has refused to let me see
all Republican U.S. Attorneys and
Senators who wish me to give
statment under oath to President
Bush's conspiracy to use fote of
new Orleans to set me to project
the position and coordinates of
OSama Bin Laden, I have multiple
Billion Dollar Contract but my
attorneys have refused to come
Deliver me court papers to
sign Read. saying multiple personality
are holding me nostage And refuse
to testify against bush and
my post experience with C.I.A.
operates and Agents. I have done
work with CiA And U.S. government
to kill now State of Az trying
to frame me. Need imediate noalty
care And protection for me and
my Daughter whitney Braesilin and
Rest of my Children. Also seek
500 Trillion Dollars against
Stote Defendants severly And in
conjunction and separately. Also

(6)

wish all contracts not made in
my physical pressence as a witness
to myself and my Daughter who I
have pressence And power of Attorney
over. All state officials named As
Defendants in conjunction of ethics
violators Jeffery phillips And Robert
arentz will be sue to maximum
civil AND criminal prosecution
I wish to have Detained Also
all people who watched my
Daughter be abused on National
T.V. including Senator McCain Janet
Napolitano Dora Schrino AND Jeffrey
Phillip's AND also Federal Becuro of
investigation Feild agents who are
saying Im refusing to get on plane
Bus car or helicapter with C.I.A.
operatives or agents of the Federal
Government. I dont wish to work for
Democratic Networks or N.B.C.
of US. my Attorney keep trying to
bill me for billion without my written
consent in mo AND my Daughters
Whitney Breslin physical pressence. I wish
to fire my     Jeffrey phillips and

all attorneys because they will not
come to my cell. OR get courteroom
to have New state goverment
officials only come to my cell to
witness me cuff up AND get on plane
to CIA headquarteas. All F.B.I,
D.e.S. C.P.S. AgeNTS are saying
I'm Refusing to cuff up and
get ON C.I.A. OR F.B.I
plane. This is AN INSANE
Decepection state A.D.C
Govermet. I wish to get
out of PRisen, testifie against
Pres Bush for illegal conspiracy
Tapes I'm Being told through
Demonology Being falsified to
turn world against me And
take my Daughter love away
From me I will
only sign Movie Deal iN
presence of my Daughtors Physically
only I have 8 power of Attorney

over whitney LeaNN Trice
Breslin who will soon be mywife
we will first in Presence
of court then Publicly IF
and so happy DURING INformal
HONEYMOON Never, me whitney too.
All delinquendant have been
Protection over me AND my
Fathers I son life the inke
account My Daughters but
Rules I rule my Daughters
butt too. I dont Remember
eating feces on National
I do Not smell like shit
No one can make contract
Deal without me and Daughter
whitney Breslins Physical
Presence. I have no ATTORNEY
except Fox tv Channel 10
Phoenix AZ. 85003. on
complaint to make my own

9

Decisions and now represented myself in all habias Non civil cases and civil cases but now A.D.C of AZ saying im incompetent to make my own decisions and saying my multiple personalities are trying to set on plane helicopter or train with secret or C.I.A. Need special Branch C.I.A. agents and operatives to break me out of PRISON I am being held hostage by Nopolotano ond Doro Schriro Need C.I.A. operative to get me to C.I.A. debriefing I will only sign Deal with FOX in my presence of me my daughter when I get out of prison or I want given consical visit in my cell Now.

(10)

state and FBI Agents
refuse to cuff me up
unless I sign movie Deal
with with Democratic network
I refuse to work for MTV
CBS NBC or HBO I will
only sign movie T.V. Rights
to FOX STUDIOS AND FOX
T.V. or their parent company
Schurno and Napolitano
keeps saying they will only
talk with code or E.S.P.
but refuse to give me verbal
Comands through vocal CORDS
AND D.O.d DVD computers
saying im refusing to cuff up to
leave with C.I.A. AND secret
service to get medical treatment
for physical pain in stomach
and intestines find glass
slivers in F.300 a month ago
maybe on F.304-08.

(11)

Prayer for Relief

① Emediate operitive by C.I.A. and Secret Service to help me find Bombs to kill President Gff, Bush and President Clinton Physical Death Need to get listed out of Jail Being Help Hostage.

② Can not coordinate operitive give you permissen C.IA must get me out of prison and come to my cell don't need handcuffs AND Black Hawk helicopters to help me escape from prison or A.B.C. will say DR Phil is using my Daughter for torture me with her pure little plan time heart AND comfort me. DR Phil AND Lawyer trying to bill billion against

③ Emediate transfer to CUBA Guancamo Bay with ofer me and my Daughter Whitney Brostin

(12)

③ 500 TRILLION U.S.
American or FRENch
Dollars or Frances, for
Torture AND the theft
of Daughters body parts.
AND mental Abuse to me
And Daughter and physical
torture All Lawyers trying
to Rip me And my Daughter
off for billion And trillions

Emodiate protection of
C.I.A. for me My Daughter
wife And other other wifes
contract only with Fox
studios or Fox T.V. only.
emediate health care
medical care to Remove seeds
from head. Love for Daughter
for eternaty Love Father
and whitney For ever
     Help Help Help
from C.I.A ⑬ C.I.A. C.I.A.
C.I.A. C.I.A. C.I.A. C.I.A.

PURSUANT to 28 U.S.C. § 1746

I declare under penalty of Perjury
under the laws of the of the
United States of America
that the forgoing is true and
correct. Executed ~~on December~~
~~on December 9, 2001~~
ON Feb 4, 2008

Joel, Magnuson

(14)

Joel S. Magnuson 095855
<u>Name and Prisoner/Booking Number</u>

ASPC- Florence Smo2
<u>Place of Confinement</u>

P.O.Box 3400
<u>Mailing Address</u>

Florence Az     85232
<u>City, State, Zip Code</u>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Joel S Magnuson )<br>Napolitano **Plaintiff,** )<br>Senator McCain et; al, )<br>▬▬▬▬▬ )<br>**Defendant(s).** ) | CASE NO. _____<br><br>**APPLICATION TO PROCEED**<br>*IN FORMA PAUPERIS*<br>**BY A PRISONER**<br>**CIVIL (NON-HABEAS)** |

I, Joel Magnusan , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1.  Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? ☒Yes     ☐No     If "Yes," how many have you filed? _40_ .
    Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☒Yes     ☐No     If "Yes," how many of them? _____ .

2.  Are you currently employed at the institution where you are confined?     ☐Yes     ☒No
    If "Yes," state the amount of your pay and where you work. _____
    _____
    _____

3.  Do you receive any other payments from the institution where you are confined? ☐Yes     ☒No
    If "Yes," state the source and amount of the payments. _____
    _____
    _____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☑Yes ☐No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_Small monthly Allowance_

I declare under penalty of perjury that the above information is true and correct.

_9-26-07_
**DATE**

_Jeff Magnuson_
**SIGNATURE OF APPLICANT**

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _J. Magnuson_, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_9-26-07_
**DATE**

_Jeff Magnuson_
**SIGNATURE OF APPLICANT**

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _S. Tune_, certify that as of the date applicant signed this application:
_(Printed name of official)_

The applicant's trust account balance at this institution is: $ _74.16_

The applicant's average monthly deposits during the prior six months is: $ _30.00_

The applicant's average monthly balance during the prior six months is: $ _12.57_

The attached certified account statement accurately reflects the status of the applicant's account.

| _8-28-07_ | | _CU385_ | _ASPC-E_ |
|---|---|---|---|
| DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION |

Revised 2/7/05                                    2

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE TRUST ACCOUNTS OFFICE

## CERTIFIED STATEMENT OF ACCOUNT

Joel S. Magnuson      #098855

As of August 6, 2007, the above named inmate had a spendable and retention balance of $31.44 in his/her trust account.  During the past six months, the inmate's average monthly spendable and retention balance was $12.57 and the average monthly deposit to the inmate's account during this time was $36.97.

Account statements for the past six months are as follows:

|               | Spendable Amount | Total Deposits |
|---------------|-----------------:|---------------:|
| January 2007  | $23.38           | $31.80         |
| February 2007 | $21.45           | $20.00         |
| March 2007    | $0.00            | $30.00         |
| April 2007    | $0.00            | $70.00         |
| May 2007      | $0.00            | $20.00         |
| June 2007     | $25.60           | $50.00         |
| TOTAL         | $75.43           | $221.80        |
| **AVERAGE**   | $12.57           | $36.97         |

*S. Sanchez*

Signature of Authorized Employee       August 6, 2007

ASPC – Eyman
Per Department Order 905-T
*Service charge of $.25 per page for 6 pages - $ 1.50 due.*

Original – Inmate       Copy 1 – Institution Inmate Trust Accounts       Copy 2 – Central Office Inmate Trust Accounts

```
01/31/2007                          ARIZONA DEPARTMENT OF CORRECTIONS                    PAGE   1
18:11:11      BNK085                   INMATE STATEMENT OF ACCOUNT
B10BK85M                              A28-ASPC-E SMU II M/HLTH
```

|                              |            | PENDING CHECKS: | 0.00 |
|---|---|---|---|

```
NAME:     MAGNUSON, JOEL S.        BEGINNING BALANCE   01/01/2007:     14.46     HOLD AMOUNTS:        0.00
NUMBER:   098855                   TOTAL DEPOSITS:                     31.80     RETENTION FUND:      0.00
STATUS:   ACTIVE                   TOTAL WITHDRAWALS:                  17.88     DISCHARGE DEP:       0.00
                                   ENDING/CURRENT BALANCE  01/31/2007:  28.38    SPENDABLE AMT.:     28.38

                                                                                 ENCUMBERED AMT.:     0.00
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2007 | A21190 | 0197 | 01/10/2007 | REFUNDS NO DEDU | POSREF | 100213606  WG1A | 1.80 | | 16.26 |
| 01/12/2007 | A21920 | 0180 | 01/12/2007 | STORE PNT OF SL | 987055 | ORDER-ID 100219372 | | 4.36 | 11.90 |
| 01/19/2007 | A21920 | 0162 | 01/19/2007 | STORE PNT OF SL | 987287 | ORDER-ID 100220412 | | 3.75 | 8.15 |
| 01/25/2007 | A21207 | 0003 | 01/25/2007 | MONEY ORDRS/CKS | 93550 | C BOOP 1A55 | 30.00 | | 38.15 |
| 01/26/2007 | A21920 | 0161 | 01/26/2007 | STORE PNT OF SL | 987665 | ORDER-ID 100225423 | | 6.74 | 31.41 |
| 01/30/2007 | A21476 | 0007 | 01/30/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 3.03 | 28.38 |

```
02/28/2007                          ARIZONA DEPARTMENT OF CORRECTIONS                    PAGE   1
18:10:26    BNK085                    · INMATE STATEMENT OF ACCOUNT
B10BK85M                               A28-ASPC-E SMU II M/HLTH

                                                                        PENDING CHECKS:          0.00

NAME:      MAGNUSON, JOEL S.        BEGINNING BALANCE   02/01/2007:  28.38  HOLD AMOUNTS:         0.00
NUMBER:     098855                  TOTAL DEPOSITS:                  20.00  RETENTION FUND:       0.00

STATUS:    ACTIVE                   TOTAL WITHDRAWALS:               26.93  DISCHARGE DEP:        0.00
                                    ENDING/CURRENT BALANCE  02/28/2007:  21.45  SPENDABLE AMT.:  21.45
                                                                           ------------------------------
                                                                           ENCUMBERED AMT.:     0.00
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|-----------|-----------|----------|--------------|------------------|-----------|----------|-------------------|----------------------|-------------------|
| 02/02/2007 | A21920 | 0157 | 02/02/2007 | STORE PNT OF SL | 987991 | ORDER-ID 100226658 | | 6.96 | 21.42 |
| 02/09/2007 | A21920 | 0160 | 02/09/2007 | STORE PNT OF SL | 988326 | ORDER-ID 100230273 | | 4.84 | 16.58 |
| 02/15/2007 | A21499 | 0005 | 02/15/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 4.88 | 11.70 |
| 02/16/2007 | A21920 | 0163 | 02/16/2007 | STORE PNT OF SL | 988665 | ORDER-ID 100232946 | | 4.24 | 7.46 |
| 02/23/2007 | A21920 | 0153 | 02/23/2007 | STORE PNT OF SL | 025860 | ORDER-ID 100236191 | | 6.01 | 1.45 |
| 02/27/2007 | A21214 | 0010 | 02/27/2007 | MONEY ORDRS/CKS | 97960 | BOOP 1A55 | 20.00 | | 21.45 |

```
03/30/2007                          ARIZONA DEPARTMENT OF CORRECTIONS                        PAGE   1
16:11:55    BNK085                      INMATE STATEMENT OF ACCOUNT
B10BK85M                                A28-ASPC-E SMU II M/HLTH

                                                                    PENDING CHECKS:       0.00

NAME:    MAGNUSON, JOEL S.          BEGINNING BALANCE   03/01/2007:      21.45   HOLD AMOUNTS:         4.70
NUMBER:  098855                     TOTAL DEPOSITS:                      30.00   RETENTION FUND:       0.00
STATUS:  HOLD                       TOTAL WITHDRAWALS:                   51.20   DISCHARGE DEP:        0.00
                                    ENDING/CURRENT BALANCE  03/30/2007:  0.25    SPENDABLE AMT.:       0.00

                                                                    ENCUMBERED AMT.:      0.25
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 03/02/2007 | A21920 | 0154 | 03/02/2007 | STORE PMT OF SL | 026378 | ORDER-ID 100238620 | | 17.06 | 4.39 |
| 03/02/2007 | A21263 | 0002 | 03/02/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 3.76 |
| 03/02/2007 | A21263 | 0006 | 03/02/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 3.13 |
| 03/02/2007 | A21263 | 0007 | 03/02/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 2.50 |
| 03/19/2007 | A21211 | 0013 | 03/19/2007 | MONEY ORDRS/CKS | 98465 | C BOOP 1A18 | 30.00 | | 32.50 |
| 03/19/2007 | A21800 | 0055 | 03/02/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 6.32 | 26.18 |
| 03/19/2007 | A21800 | 0056 | 03/09/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 25.55 |
| 03/19/2007 | A21800 | 0057 | 03/13/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 24.92 |
| 03/19/2007 | A21800 | 0058 | 03/13/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.63 | 24.29 |
| 03/19/2007 | A21800 | 0059 | 03/15/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.87 | 23.42 |
| 03/19/2007 | A21800 | 0060 | 03/15/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.39 | 23.03 |
| 03/22/2007 | A21297 | 0002 | 03/22/2007 | COPIES - LEGAL | COMCHK | CERTIFIED COPIES | | 1.50 | 21.53 |
| 03/23/2007 | A21920 | 0157 | 03/23/2007 | STORE PMT OF SL | 027313 | ORDER-ID 100248363 | | 20.89 | 0.64 |
| 03/29/2007 | A21308 | 0006 | 03/29/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 0.39 | 0.25 |
| ****************** SUSPENSE ACCOUNT DETAIL BELOW THIS LINE ****************** | | | | | | | | | |
| 03/29/2007 | A21308 | 0007 | 03/29/2007 | POSTAGE - LEGAL | A21 | LEGAL POSTAGE | | 0.87 | |
| 03/29/2007 | A21308 | 0009 | 03/29/2007 | POSTAGE - LEGAL | A21 | LEGAL POSTAGE | | 0.63 | |
| 03/29/2007 | A21311 | 0006 | 03/29/2007 | COPIES - LEGAL | A21 | LEGAL COPIES | | 3.20 | |

```
04/30/2007                           ARIZONA DEPARTMENT OF CORRECTIONS                          PAGE   1
18:12:07     BNK085                       INMATE STATEMENT OF ACCOUNT
B10BK85M                                A28-ASPC-E SMU II M/HLTH
                                                                           PENDING CHECKS:        0.00

NAME:     MAGNUSON, JOEL S.          BEGINNING BALANCE   04/01/2007:   0.25   HOLD AMOUNTS:       10.08
NUMBER:   098855                     TOTAL DEPOSITS:                  70.00   RETENTION FUND:      0.00
STATUS:   HOLD                       TOTAL WITHDRAWALS:               69.79   DISCHARGE DEP:       0.00
                                     ENDING/CURRENT BALANCE 04/30/2007: 0.46  SPENDABLE AMT.:      0.00
                                                                             ------------------------
                                                                             ENCUMBERED AMT.:      0.46
----------------------------------------------------------------------------------------------------
            BATCH  ITEM  RECEIPT   TRANSACTION                           AMOUNT OF  AMOUNT OF   REMAINING
POST DATE   NO.    NO.   DATE      TYPE          REFERENCE REMITTER      DEPOSIT    WITHDRAWAL  BALANCE
----------------------------------------------------------------------------------------------------
04/11/2007  A21211 0008  04/11/2007 MONEY ORDRS/CKS 99913  C BOOP 1A18    50.00                 50.25
04/11/2007  A21800 0007  03/29/2007 COPIES - LEGAL  COMCHK  LEGAL COPIES               3.20     47.05
04/11/2007  A21800 0005  03/29/2007 POSTAGE - LEGAL COMCHK  LEGAL POSTAGE              0.87     46.18
04/11/2007  A21800 0006  03/29/2007 POSTAGE - LEGAL COMCHK  LEGAL POSTAGE              0.63     45.55
04/12/2007  A21213 0015  04/12/2007 MONEY ORDRS/CKS 91024  D JOHNSON 1A18 20.00                 65.55
04/13/2007  A21920 0158  04/13/2007 STORE PNT OF SL 028270 ORDER-ID 100256860        10.73     54.82
04/16/2007  A21330 0017  04/16/2007 POSTAGE - LEGAL COMCHK  LEGAL POSTAGE              3.03     51.79
04/20/2007  A21920 0162  04/20/2007 STORE PNT OF SL 028705 ORDER-ID 100260217        44.71      7.08
04/27/2007  A21920 0166  04/27/2007 STORE PNT OF SL 028991 ORDER-ID 100263220         1.79      5.29
04/30/2007  A21348 0001  04/30/2007 POSTAGE - LEGAL COMCHK  LEGAL POSTAGE              0.63      4.66
04/30/2007  A21349 0009  04/30/2007 POSTAGE NON-LGL COMCHK  POSTAGE                    4.20      0.46
****************** SUSPENSE ACCOUNT DETAIL BELOW THIS LINE *********************
04/30/2007  A21349 0010  04/30/2007 POSTAGE NON-LGL A21     POSTAGE                    4.20
04/30/2007  A21349 0011  04/30/2007 POSTAGE NON-LGL A21     POSTAGE                    1.83
04/30/2007  A21349 0013  04/30/2007 POSTAGE NON-LGL A21     POSTAGE                    4.05
```

```
06/29/2007                           ARIZONA DEPARTMENT OF CORRECTIONS                      PAGE   1
18:13:07      BNK085                    INMATE STATEMENT OF ACCOUNT
B10BK85M                                A32-ASPC-E SMU II HEALTH

                                                                           PENDING CHECKS:      0.00

NAME:      MAGNUSON, JOEL S.          BEGINNING BALANCE    06/01/2007:    7.83    HOLD AMOUNTS:       0.00
NUMBER:    098855                     TOTAL DEPOSITS:                    50.00    RETENTION FUND:     0.00
STATUS:    ACTIVE                     TOTAL WITHDRAWALS:                 32.23    DISCHARGE DEP:      0.00
                                      ENDING/CURRENT BALANCE 06/29/2007: 25.60    SPENDABLE AMT.:    25.60
                                                                                 --------------------------
                                                                                 ENCUMBERED AMT.:    0.00
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 06/05/2007 | A21220 | 0007 | 06/05/2007 | MONEY ORDRS/CKS | 09497 | CAROL 1D15 | 50.00 | | 57.83 |
| 06/06/2007 | A21800 | 0001 | 05/18/2007 | COPIES - LEGAL | COMCHK | LEGAL COPIES | | 21.00 | 36.83 |
| 06/06/2007 | A21800 | 0002 | 05/21/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 3.17 | 33.66 |
| 06/06/2007 | A21800 | 0003 | 05/21/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 1.82 | 31.84 |
| 06/06/2007 | A21800 | 0004 | 05/21/2007 | POSTAGE - LEGAL | COMCHK | LEGAL POSTAGE | | 4.60 | 27.24 |
| 06/06/2007 | A21800 | 0005 | 05/21/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 0.41 | 26.83 |
| 06/06/2007 | A21800 | 0006 | 05/23/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 0.41 | 26.42 |
| 06/06/2007 | A21800 | 0007 | 05/23/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 0.41 | 26.01 |
| 06/18/2007 | A21410 | 0026 | 06/18/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 0.41 | 25.60 |

```
05/31/2007                              ARIZONA DEPARTMENT OF CORRECTIONS                        PAGE    1
18:10:47      BNKOB5                        INMATE STATEMENT OF ACCOUNT
B10BK85M                                    A32-ASPC-E SMU II HEALTH

                                                                          PENDING CHECKS:        0.00

  NAME:      MAGNUSON, JOEL S.              BEGINNING BALANCE    05/01/2007:       0.46    HOLD AMOUNTS:         31.82
  NUMBER:    098855                         TOTAL DEPOSITS:                       20.00    RETENTION FUND:        0.00
  STATUS:    HOLD                           TOTAL WITHDRAWALS:                    12.63    DISCHARGE DEP:         0.00
                                            ENDING/CURRENT BALANCE  05/31/2007:   7.83    SPENDABLE AMT.:        0.00

                                                                                         ENCUMBERED AMT.:       7.83
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/2007 | A21201 | 0010 | 05/17/2007 | MONEY ORDRS/CKS | 10274 | C BODP 1A18 | 20.00 | | 20.46 |
| 05/17/2007 | A21800 | 0006 | 04/30/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 4.20 | 16.26 |
| 05/17/2007 | A21800 | 0007 | 04/30/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 1.83 | 14.43 |
| 05/17/2007 | A21800 | 0008 | 04/30/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 4.05 | 10.38 |
| 05/17/2007 | A21800 | 0009 | 05/02/2007 | POSTAGE NON-LGL | COMCHK | POSTAGE | | 2.55 | 7.83 |

```
****************** SUSPENSE ACCOUNT DETAIL BELOW THIS LINE ********************
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 05/18/2007 | A21379 | 0005 | 05/18/2007 | COPIES - LEGAL | A21 | LEGAL COPIES | | 21.00 | |
| 05/21/2007 | A21384 | 0004 | 05/21/2007 | POSTAGE - LEGAL | A21 | LEGAL POSTAGE | | 3.17 | |
| 05/21/2007 | A21384 | 0005 | 05/21/2007 | POSTAGE - LEGAL | A21 | LEGAL POSTAGE | | 1.82 | |
| 05/21/2007 | A21384 | 0006 | 05/21/2007 | POSTAGE - LEGAL | A21 | LEGAL POSTAGE | | 4.60 | |
| 05/21/2007 | A21385 | 0002 | 05/21/2007 | POSTAGE NON-LGL | A21 | POSTAGE | | 0.41 | |
| 05/23/2007 | A21388 | 0012 | 05/23/2007 | POSTAGE NON-LGL | A21 | POSTAGE | | 0.41 | |
| 05/23/2007 | A21388 | 0013 | 05/23/2007 | POSTAGE NON-LGL | A21 | POSTAGE | | 0.41 | |